1  Diana M. Torres (S.B.N. 162284)
   diana.torres@kirkland.com
2  KIRKLAND & ELLIS LLP
   333 South Hope Street
3  Los Angeles, California  90071
   Telephone:  (213) 680-8400
4  Facsimile:   (213) 680-8500

5  Dale M. Cendali, (*pro hac vice pending*)
   dale.cendali@kirkland.com
6  Mary Mazzello (*pro hac vice pending*)
   mary.mazzello@kirkland.com
7  KIRKLAND & ELLIS LLP
   601 Lexington Avenue
8  New York, New York  10022-4611
   Telephone:  (212) 446-4800
9  Facsimile:   (212) 446-4900

10 *Attorneys for Defendants*
   *FGF Brands (USA) Inc. and FGF Brands, Inc.*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HORTENSE SIMS, on behalf of herself, all others similarly situated, and the general public, | ) Case No. 17-1815 ) ) ) |
| Plaintiff, | ) **DEFENDANTS FGF BRANDS** ) **(USA) INC. AND FGF BRANDS,** ) **INC. FEDERAL RULE 7.1** |
| v. | ) **DISCLOSURE STATEMENT AND** ) **LOCAL RULE 7.1-1 NOTICE OF** ) **INTERESTED PARTIES** |
| FGF BRANDS (USA) INC., a Delaware Corporation, and FGF BRANDS, INC., a Canadian Corporation, | ) ) ) ) ) |
| Defendants. | ) ) |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Defendants FGF Brands (USA) Inc. and FGF Brands, Inc. (collectively,

"Defendants") states that FGF Brands (USA) Inc. is a wholly owned subsidiary of FGF Brands, Inc.  FGF Brands, Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Pursuant to Local Rule 7.1-1, the undersigned counsel of record for Defendants certifies that the following listed parties may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

- FGF Brands (USA) Inc. and FGF Brands, Inc., the named Defendants
- Shalia Ajmera, Ojus Ajmera, Tejus Ajmera and Soham Ajmera, members of the family that founded FGF Brands, Inc.
- Hortense Sims, the named Plaintiff

DATED:  September 7, 2017                KIRKLAND & ELLIS LLP

By:   */s/ Diana M. Torres*
       Diana M. Torres

       Attorney for Defendants
       FGF Brands, (USA) Inc. and
       FGF Brands, Inc.